# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOAN SERVICING, LP, formerly known as COUNTRYWIDE HOME LOANS SERVICING, LP, | ) ) ) ) ) ) | No. 70748-5-I |
| Appellants, | ) ) | DIVISION ONE |
| v. | ) ) | UNPUBLISHED OPINION |
| NOTTINGHAM PROPERTIES I, LLC, a Washington Limited Liability Company, | ) ) ) ) ) | |
| Respondent. | ) | FILED:  OCT  6 2014 |

PER CURIAM – This appeal was stayed pending the Washington State Supreme Court's decision in <u>BAC Home Loans Servicing, LP v. Fulbright</u>, 180 Wn.2d 754, 328 P.3d 895 (2014). We have lifted the stay and the parties have filed a "Stipulated Motion on the Merits to Reverse Trial Court Judgment and Mandate to Superior Court." Although this court suspended the motion on the merits procedure by general order dated August 18, 2014, the stipulated reversal is equivalent to a concession of error and will be treated as such. We accept the concession of error and reverse and remand for further proceedings consistent with the decision in <u>BAC Home Loans Servicing, LP v. Fulbright</u>.

Reversed and remanded for further proceedings.

For the court:

Becker, J.

Trickey, J.

FILED
COURT OF APPEALS DIV 1
STATE OF WASHINGTON
2014 OCT -6  AM 9: 30